IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gilmore, Ludella

Printed: 2/5/08

Case Number: 05 B 55966
Judge: Hollis, Pamela S
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 28, 2007
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,844.33 |  |
| Secured: |  | 6,788.05 |
| Unsecured: |  | 712.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,109.00 |
| Trustee Fee: |  | 487.37 |
| Other Funds: |  | 3,747.53 |
| Totals: | 13,844.33 | 13,844.33 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,109.00 | 2,109.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Blue View Corporation | Secured | 0.00 | 0.00 |
| 4. | Blue View Corporation | Secured | 6,471.00 | 6,471.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 2,732.54 | 317.05 |
| 6. | Capital One | Unsecured | 712.38 | 712.38 |
| 7. | Capital One | Unsecured | 1,129.01 | 0.00 |
| 8. | Schottler & Zukosky | Priority |  | No Claim Filed |
|  |  |  | $ 13,153.93 | $ 9,609.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 82.77 |
| 5% | 33.15 |
| 4.8% | 453.71 |
| 5.4% | (82.26) |
|  | $ 487.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Gilmore, Ludella | Case Number:  05 B 55966 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/5/08 | Filed:  10/14/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____